1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

8
9
10

| | |
|---|---|
| PAUL NIVARD BEATON, | Case No. 1: 21-cv-01575-NONE-SAB |
| Plaintiff, | ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS* |
| v. | ORDER DIRECTING PAYMENT OF INMATE FILING FEE BY CALIFORNIA DEPARTMENT OF CORRECTIONS AND |
| INTERNAL REVENUE SERVICE, | REHABILITATION AND DIRECTING CLERK OF THE COURT TO ISSUE PRISONER NEW |
| Defendant. | CASE DOCUMENTS |
| | (ECF No. 2) |

11
12
13
14
15
16
17

18    Plaintiff Paul Nivard Beaton, a prisoner proceeding *pro se*, filed this civil rights action

19  pursuant to 42 U.S.C. §1983 and has requested leave to proceed *in forma pauperis* pursuant to 28

20  U.S.C. § 1915.  Plaintiff has made the showing required by § 1915(a) and accordingly, the request

21  to proceed *in forma pauperis* will be granted.  Plaintiff is obligated to pay the statutory filing fee

22  of $350.00 for this action.  28 U.S.C. § 1915(b)(1).  Plaintiff is obligated to make monthly

23  payments in the amount of twenty percent of the preceding month's income credited to Plaintiff's

24  trust account.  The California Department of Corrections and Rehabilitation is required to send to

25  the Clerk of the Court payments from Plaintiff's account each time the amount in the account

26  exceeds $10.00, until the statutory filing fee is paid in full.    28 U.S.C. § 1915(b)(2).

27  Notwithstanding this order, the Court does not direct that service be undertaken until the Court

28  screens the complaint in due course and issues its screening order.

1

In accordance with the above and good cause appearing therefore, IT IS HEREBY ORDERED that:

1.   Plaintiff's application to proceed *in forma pauperis* (ECF No. 2) is GRANTED;

**2.   The Director of the California Department of Corrections and Rehabilitation or her designee shall collect payments from Plaintiff's prison trust account in an amount equal to twenty per cent (20%) of the preceding month's income credited to the Prisoner's trust account and shall forward those payments to the Clerk of the Court each time the amount in the account exceeds $10.00, in accordance with 28 U.S.C. § 1915(b)(2), until a total of $350.00 has been collected and forwarded to the Clerk of the Court.  The payments shall be clearly identified by the name and number assigned to this action;**

3.   The Clerk of the Court is directed to serve a copy of this order and a copy of Plaintiff's *in forma pauperis* application on the Director of the California Department of Corrections and Rehabilitation, via the court's electronic case filing system (CM/ECF);

4.   The Clerk of the Court is directed to serve a copy of this order on the Financial Department, U.S.  District Court, Eastern District of California, Sacramento Division; and

5.   The Clerk of the Court is directed to issue prisoner new case documents in this action.

IT IS SO ORDERED.

Dated:   **October 26, 2021**

_____

UNITED STATES MAGISTRATE JUDGE

2