UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL NIVARD BEATON,<br><br>Plaintiff,<br><br>v.<br><br>INTERNAL REVENUE SERVICE,<br><br>Defendant. | No. 1: 21-cv-01575-JLT-SAB<br><br>ORDER DENYING MOTION FOR RECONSIDERATION<br><br>(Doc. 17) |

The Court adopted the findings and recommendations and revoked Plaintiff's in forma pauperis status. The Court ordered Plaintiff to pay the $402.00 filing fee within 30 days, and warned him that his failure to timely pay the fee would result in summary dismissal of this action. (Doc. 16.) On April 11, 2022, Plaintiff filed a document entitled "Objections." (Doc. 17.) In it, Plaintiff challenges the origin of one case discussed in the March 31, 2022 order, *Beaton v. Chase Home Finance*, No. 2:07-cv-01321 MCE-EFB, claiming that he did not file it. The Court construes Plaintiff's April filing as a motion for reconsideration. However, the "Objections" document offers no ground for reconsideration.

Even assuming it is true that Plaintiff did not file the *Chase* case, this would not change the outcome. The Court had not counted *Chase* as a strike and numerous other cases were cited in support of the finding that Plaintiff is ineligible to proceed in form pauperis. Therefore, to the extent that Plaintiff's April 11, 2022 filing was intended to be a motion for reconsideration, it is

1

DENIED.  The March 31, 2022 order and the deadline for Plaintiff to pay the filing fee remains in place.

IT IS SO ORDERED.

Dated:   **April 15, 2022**

/s/ Jennifer L. Thurston
UNITED STATES DISTRICT JUDGE