# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL NIVARD BEATON,<br><br>              Plaintiff,<br><br>       v.<br><br>INTERNAL REVENUE SERVICE,<br><br>              Defendant. | No. 1:21-cv-01575-JLT-SAB<br><br>ORDER DISMISSING THE ACTION WITHOUT PREJUDICE FOR FAILURE TO PAY THE FILING FEE |

The Court revoked Plaintiff's *in forma pauperis* status and ordered him to pay the filing fee of $402.00 in full. (Doc. 16.) The Court warned Plaintiff that the failure to pay the filing fee within 30 days would result in dismissal. (*Id.* at 6.) Despite this warning, Plaintiff failed to pay the filing fee. Accordingly, the Court **ORDERS**:

1. This action is **DISMISSED** without prejudice.
2. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **May 6, 2022**

  */s/ Jennifer L. Thurston*
UNITED STATES DISTRICT JUDGE